# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, AND BLACK & DECKER (U.S.) INC.,<br><br>　　　　Plaintiffs,<br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, and PMI WW BRANDS, LLC,<br><br>　　　　Defendants. | Civil Action No. 3:25-cv-00243<br><br>**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and the Standing Orders of this Court, plaintiffs inform this Court that:

- plaintiff Stanley Black & Decker, Inc. ("SBD") is a publicly traded Connecticut corporation. The Vanguard Group, Inc. and T. Rowe Price Associates, Inc. hold 10 percent or more of its stock;

- plaintiff Stanley Logistics LLC is a wholly owned subsidiary of plaintiff SBD;

- plaintiff Black & Decker (U.S.) Inc. ("BDUS") is a wholly owned subsidiary of non-party Black & Decker Inc., which is in turn owned by plaintiff BDUS and non-parties B&D Holdings, Inc. and Stanley Atlantic Inc. Non-party B&D Holdings, Inc. is a wholly owned subsidiary of non-party The Black & Decker Corporation. Non-party Stanley Atlantic Inc. is a wholly owned subsidiary of plaintiff SBD.

Dated: February 18, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/  Kevin Lamb

Louis W. Tompros (*pro hac vice application to be filed*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
louis.tompros@wilmerhale.com

Omar A. Khan (*pro hac vice application to be filed*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 937-7252
Fax: (212) 230-8887
omar.khan@wilmerhale.com

Kevin M. Lamb (#29944)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Tel: (202) 663-6249
Fax: (202) 663-6363
kevin.lamb@wilmerhale.com

*Attorneys for Plaintiffs*