UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, and BLACK & DECKER (U.S.) INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC and PMI WW BRANDS LLC,<br><br>   Defendants. | Civil Action No. 3:25-cv-00243-SFR |

**NOTICE OF APPEARANCE**

Please enter the appearance of Louis W. Tompros, of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), 60 State Street, Boston, MA 02109, on behalf of Stanley Black & Decker, Inc., Stanley Logistics, LLC, and Black & Decker (U.S.) Inc. (collectively, "Stanley" or "Plaintiffs") in the above-captioned matter.

Dated: May 16, 2025                              Respectfully submitted,

   /s/  Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6886
Fax: (617) 526-5000
louis.tompros@wilmerhale.com

Omar A. Khan (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
Tel: (212) 937-7252
Fax: (212) 230-8888
omar.khan@wilmerhale.com

Kevin M. Lamb (#29944)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6249
Fax: (202) 663-6363
kevin.lamb@wilmerhale.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that pursuant to D. C.onn. L. Civ. R. 5(c), this document filed through the CM/ECF system on May 16, 2025 will be sent electronically and served by mail on anyone unable to accept electronic filing, including non-registered participants.  Parties may access this filing through the Court's CM/ECF System.

    Christina Goodrich, Esq.
    K&L Gates LLP
    10100 Santa Monica Blvd., 8th Floor
    Los Angeles, California 90067
    christina.goodrich@klgates.com

                                      */s/  Louis W. Tompros*
                                      Louis W. Tompros