## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, AND BLACK & DECKER (U.S.) INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC AND PMI WW BRANDS LLC, <br><br> Defendants. | Civil Action No. 3:25-CV-00243 <br><br><br><br><br><br><br><br><br><br> June 27, 2025 |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, **ANDRAYA PULASKI BRUNAU**, of Day Pitney LLP, as attorney for Plaintiffs Stanley Black & Decker, Inc., Stanley Logistics, LLC and Black & Decker (U.S.) Inc.

>*/s/ Andraya Pulaski Brunau*
>Andraya Pulaski Brunau (ct29715)
>Day Pitney LLP
>Goodwin Square
>225 Asylum Street
>Hartford, CT 06103
>abrunau@daypitney.com
>Tel: (860) 275-0146
>Fax: (860) 331-8900
>
>Their Attorney

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was filed and served by electronic mail upon all counsel of record by operation of the Court's ECF system.

*/s/ Andraya Pulaski Brunau*
Andraya Pulaski Brunau