# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, AND BLACK & DECKER (U.S.) INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC AND PMI WW BRANDS LLC, <br><br> Defendants. | Civil Action No. 3:25-CV-00243 <br><br><br><br><br><br><br><br> June 27, 2025 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, **JOHN W. CERRETA**, of Day Pitney LLP, as attorney for Plaintiffs Stanley Black & Decker, Inc., Stanley Logistics, LLC, and Black & Decker (U.S.) Inc.

>     */s/ John W. Cerreta*
>     John W. Cerreta (ct28919)
>     Day Pitney LLP
>     Goodwin Square
>     225 Asylum Street
>     Hartford, CT 06103
>     jcerreta@daypitney.com
>     Tel: (860) 275-0665
>     Fax: (860) 881-2517
>
>     Their Attorney

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was filed and served by electronic mail upon all counsel of record by operation of the Court's ECF system.

*/s/ John W. Cerreta*
John W. Cerreta
