AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:25-cv-00243-SFR |
| PACIFIC MARKET INTERNATIONAL, LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Pacific Market International, LLC and PMI WW Brands LLC                    .

Date:   07/07/2025

*Lindsay Sampson Bishop*
*Attorney's signature*

Lindsay Sampson Bishop (ct29990)
*Printed name and bar number*

K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114

*Address*

lindsay.bishop@klgates.com
*E-mail address*

(617) 261-3100
*Telephone number*

(617) 261-3175
*FAX number*