IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, and BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC and PMI WW BRANDS LLC, <br><br> Defendants. | Civil Action No. 3:25-cv-00243-SFR <br><br> July 8, 2025 |

### DEFENDANTS PACIFIC MARKET INTERNATIONAL, LLC AND PMI WW BRANDS LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Standing Orders, Defendants hereby disclose as follows:

1. Defendant Pacific Market International, LLC is a limited liability company, incorporated in the State of Washington. Pacific Market International, LLC's parent company is The HAVI Group Limited Partnership, a Delaware limited partnership.

2. Defendant PMI WW Brands, LLC is a limited liability company, incorporated in the State of Delaware. PMI WW Brands, LLC's parent company is The HAVI Group Limited Partnership, a Delaware limited partnership.

Respectfully submitted,

Dated:  July 8, 2025

By: */s/ Lindsay Sampson Bishop*
Lindsay Sampson Bishop (ct29990)
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114
Telephone: 617-261-3100
Fax: 617-261-3175
Email: lindsay.bishop@klgates.com

*Attorneys for Defendants Pacific Market*
*International, LLC and PMI WW Brands LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent electronically to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Lindsay Sampson Bishop*