## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, and BLACK & DECKER (U.S.) INC., | |
| Plaintiffs, | Civil Action No. 3:25-cv-00243-SFR |
| v. | |
| PACIFIC MARKET INTERNATIONAL, LLC and PMI WW BRANDS LLC, | |
| Defendants. | August 13, 2025 |

### JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE

Plaintiffs Stanley Black & Decker, Inc., Stanley Logistics, LLC, and Black & Decker (U.S.) Inc. ("Plaintiffs") and Defendants Pacific Market International, LLC and PMI WW Brands LLC ("Defendants" and collectively, the "Parties"), by and through their respective counsel, jointly respectfully request that the Court modify the schedule as stipulated by the Parties, set forth below.

WHEREAS, Plaintiffs filed their Complaint on February 17, 2025 (Dkt. 1);

WHEREAS, Defendants executed a waiver of service of the Summons and Complaint on May 16, 2025, which set the deadline to respond to the Complaint as July 15, 2025 (Dkt. 15);

WHEREAS, on July 8, 2025, Defendants filed a Motion for Extension of Time to Respond to Complaint (Dkt. 25), which the Court granted on July 10, 2025 (Dkt. 32);

WHEREAS, the Parties conducted the Rule 26(f) conference on August 5, 2025;

WHEREAS, counsel for the Parties conferred and agreed to stipulate to an extension of deadlines due to ongoing settlement discussions, subject to the approval of the Court, as follows:

|  | *Current Deadline* | *New Deadline* |
|---|---|---|
| **Defendants' Response to Complaint Due** | August 14, 2025 | August 21, 2025 |
| **Rule 26(f) Report Due** | August 21, 2025 | August 21, 2025 |
| **Initial Disclosures Due** | August 19, 2025 | August 21, 2025 |

Dated:  August 13, 2025                    Respectfully submitted,


                                    By: */s/ Louis W. Tompros*
                                        Louis W. Tompros (*pro hac vice*)
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        60 State Street
                                        Boston, MA 02109
                                        Tel: (617) 526-6886
                                        Fax: (617) 526-5000
                                        louis.tompros@wilmerhale.com

                                        Omar A. Khan (*pro hac vice*)
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007 USA
                                        Tel: (212) 937-7252
                                        Fax: (212) 230-8888
                                        omar.khan@wilmerhale.com

                                        Kevin M. Lamb (#29944)
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        2100 Pennsylvania Ave. NW
                                        Washington, D.C. 20006
                                        Tel: (202) 663-6249
                                        Fax: (202) 663-6363
                                        kevin.lamb@wilmerhale.com

                                        John C. Cerreta (ct28919)
                                        Andraya Pulaski Brunau (ct29715)
                                        DAY PITNEY LLP
                                        225 Asylum Street
                                        Hartford, CT 06103-1212
                                        Tel: 860-275-0100
                                        Fax: 860-275-0343
                                        jcerreta@daypitney.com
                                        abrunau@daypitney.com

                                        *Attorneys for Plaintiffs*

Dated:  August 13, 2025                    By: */s/ Christina N. Goodrich*
                                           Lindsay Sampson Bishop (ct29990)
                                           **K&L GATES LLP**
                                           1 Congress Street, Suite 2900
                                           Boston, MA 02114
                                           Telephone: 617-261-3100
                                           Fax: 617-261-3175
                                           Email: lindsay.bishop@klgates.com

                                           Christina N. Goodrich (*pro hac vice*)
                                           **K&L GATES LLP**
                                           10100 Santa Monica Boulevard, 8th Floor
                                           Los Angeles, CA 90067
                                           Telephone: 310-552-5000
                                           Fax: 310-552-5001
                                           Email: christina.goodrich@klgates.com

                                           *Attorneys for Defendants Pacific Market
                                           International, LLC and PMI WW Brands LLC*


SO ORDERED this _____ day of August, 2025.



_____
SARAH F. RUSSELL
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent electronically to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Christina N. Goodrich*