# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, and BLACK & DECKER (U.S.) INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC and PMI WW BRANDS LLC,<br><br>Defendants. | Civil Action No. 3:25-cv-00243-SFR<br><br><br><br>August 19, 2025 |

## JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE

Plaintiffs Stanley Black & Decker, Inc., Stanley Logistics, LLC, and Black & Decker (U.S.) Inc. ("Plaintiffs") and Defendants Pacific Market International, LLC and PMI WW Brands LLC ("Defendants" and collectively, the "Parties"), by and through their respective counsel, jointly respectfully request that the Court modify the schedule as stipulated by the Parties, set forth below.

WHEREAS, Plaintiffs filed their Complaint on February 17, 2025 (Dkt. 1);

WHEREAS, Defendants executed a waiver of service of the Summons and Complaint on May 16, 2025, which set the deadline to respond to the Complaint as July 15, 2025 (Dkt. 15);

WHEREAS, on July 8, 2025, Defendants filed a Motion for Extension of Time to Respond to Complaint (Dkt. 25), which the Court granted on July 10, 2025 (Dkt. 32);

WHEREAS, the Parties conducted the Rule 26(f) conference on August 5, 2025;

WHEREAS, counsel for the Parties conferred and agreed to stipulate to an extension of deadlines due to ongoing settlement discussions, subject to the approval of the Court, and filed a Joint Stipulation and [Proposed] Order Modifying Schedule on August 13, 2025 (Dkt. 34);

WHEREAS, counsel for the Parties conferred and agreed to stipulate to a further extension of deadlines due to ongoing settlement discussions, subject to the approval of the Court, as follows:

1

|  | *Current Deadline* | *Deadline Requested in August 13, 2025 Stipulation* | *New Deadline* |
|---|---|---|---|
| **Defendants' Response to Complaint Due** | August 14, 2025 | August 21, 2025 | August 29, 2025 |
| **Rule 26(f) Report Due** | August 21, 2025 | August 21, 2025 | August 29, 2025 |
| **Initial Disclosures Due** | August 19, 2025 | August 21, 2025 | August 29, 2025 |

Dated: August 19, 2025

Respectfully submitted,

By: */s/ Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6886
Fax: (617) 526-5000
louis.tompros@wilmerhale.com

Omar A. Khan (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
Tel: (212) 937-7252
Fax: (212) 230-8888
omar.khan@wilmerhale.com

Kevin M. Lamb (#29944)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6249
Fax: (202) 663-6363
kevin.lamb@wilmerhale.com

John C. Cerreta (ct28919)
Andraya Pulaski Brunau (ct29715)
DAY PITNEY LLP
225 Asylum Street
Hartford, CT 06103-1212

Tel: 860-275-0100
Fax: 860-275-0343
jcerreta@daypitney.com
abrunau@daypitney.com

*Attorneys for Plaintiffs*

Dated: August 19, 2025

By: */s/ Christina N. Goodrich*
Lindsay Sampson Bishop (ct29990)
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114
Telephone: 617-261-3100
Fax: 617-261-3175
Email: lindsay.bishop@klgates.com

Christina N. Goodrich (*pro hac vice*)
**K&L GATES LLP**
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: 310-552-5000
Fax: 310-552-5001
Email: christina.goodrich@klgates.com

*Attorneys for Defendants Pacific Market International, LLC and PMI WW Brands LLC*

SO ORDERED this _____ day of August, 2025.

_____
SARAH F. RUSSELL
United States District Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 19, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent electronically to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

             */s/ Christina N. Goodrich*