<div style="text-align:center">

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

</div>

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, and BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC and PMI WW BRANDS LLC, <br><br> Defendants. | Civil Action No. 3:25-cv-00243-SFR <br><br><br> December 19, 2025 |

**JOINT NOTICE OF SETTLEMENT AND FINAL MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER MODIFYING SCHEDULE**

Plaintiffs Stanley Black & Decker, Inc., Stanley Logistics, LLC, and Black & Decker (U.S.) Inc. ("Plaintiffs") and Defendants Pacific Market International, LLC and PMI WW Brands LLC ("Defendants" and collectively, the "Parties"), by and through their respective counsel, hereby give notice that the Parties executed a confidential settlement agreement on December 18, 2025, resolving the claims in the above-captioned action. The Parties are in the process of preparing a request for dismissal, which the Parties anticipate will be filed by January 2, 2026, consistent with their confidential settlement agreement. However, given the operative deadline for Defendants to respond to the Complaint, and certain conditions precedent that must occur before a request for dismissal can be filed, the Parties hereby jointly move to extend the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint and seek an order from the Court modifying the schedule as set forth below.

Plaintiffs filed their Complaint on February 17, 2025 (Dkt. 1). Defendants executed a waiver of service of the Summons and Complaint on May 16, 2025, which set the deadline to respond to the Complaint as July 15, 2025 (Dkt. 15). On July 8, 2025, Defendants filed a Motion for Extension of Time to Respond to Complaint (Dkt. 25), which the Court granted on July 10, 2025 (Dkt. 32). The Parties conducted the Rule 26(f) conference on August 5, 2025.

1

Counsel for the Parties conferred and agreed to stipulate to an extension of deadlines due to ongoing settlement discussions and filed a Joint Stipulation and [Proposed] Order Modifying Schedule on August 13, 2025, which the Court granted on August 20, 2025 (Dkt. 34; 36). Counsel for the Parties conferred and agreed to stipulate to a further extension of deadlines due to ongoing settlement discussions, subject to the approval of the Court, and filed a Joint Stipulation and [Proposed] Order Modifying Schedule on August 19, 2025 (Dkt. 35).

Subsequently, the Parties made substantial progress in settlement discussions and agreed to seek a further extension of deadlines due to ongoing settlement discussions, subject to the approval of the Court. On August 29, 2025, the Parties filed a Joint Motion for Extension of Time and [Proposed Order] Modifying Schedule (Dkt. 37). The Court granted the Motion for Extension of Time on September 2, 2025 (Dkt. 38). The Parties then sought a similar extension on September 11, 2025 (Dkt. 39), which the Court granted the following day (Dkt. 40). The Parties then sought a similar extension on September 24, 2025 (Dkt. 41), which the Court granted the following day (Dkt. 42). The Parties sought a similar extension on October 22, 2025 (Dkt. 43), which the Court granted the following day (Dkt. 44). The Parties sought another similar extension on October 31, 2025 (Dkt. 45), which the Court granted on November 3, 2025 (Dkt. 46). The Parties sought another extension on November 7, 2025 (Dkt. 47).  The Parties sought another extension on November 12, 2025 (Dkt. 48), which the Court granted on November 20, 2025 (Dkt. 50), and which furthermore mooted the Parties November 7, 2025 joint motion for extension (Dkt. 47). The Parties sought another extension on November 20, 2025 (Dkt. 49), which the Court granted on November 21, 2025 (Dkt. 51). The Parties sought an additional extension on November 25, 2025 (Dkt. 42), which the Court granted on November 26, 2025 (Dkt. 53). The Parties sought an additional extension on December 5, 2025 (Dkt. 54), which the Court granted on December 8, 2025 (Dkt. 55). The Parties sought an additional extension of December 12, 2025 (Dkt. 56), which the Court granted on December 15, 2025 (Dkt. 57).

Given that the Parties executed a settlement agreement on December 18, 2025, resolving the claims in the above-captioned case, the Parties agreed to stipulate once more. The Parties

anticipate that a request for dismissal will be filed by January 2, 2026. As such, the Parties hereby respectfully move for an order from this Court further extending deadlines, subject to the approval of the Court, as follows:

|  | *Current Deadline* | *New Deadline* |
|---|---|---|
| **Defendants' Response to Complaint Due** | December 22, 2025 | January 2, 2026 |
| **Rule 26(f) Report Due** | December 22, 2025 | January 2, 2026 |
| **Initial Disclosures Due** | December 22, 2025 | January 2, 2026 |
| **Defendants' Discovery Responses and Objections Due** | December 29, 2025 | January 9, 2026 |

Dated: December 19, 2025                     Respectfully submitted,

                                                              By: */s/ Louis W. Tompros*
                                                   Louis W. Tompros (*pro hac vice*)
                                                   WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                   60 State Street
                                                   Boston, MA 02109
                                                   Tel: (617) 526-6886
                                                   Fax: (617) 526-5000
                                                   louis.tompros@wilmerhale.com

                                                   Omar A. Khan (*pro hac vice*)
                                                   WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                   7 World Trade Center
                                                   250 Greenwich Street
                                                   New York, NY 10007 USA
                                                   Tel: (212) 937-7252
                                                   Fax: (212) 230-8888
                                                   omar.khan@wilmerhale.com

                                                   Kevin M. Lamb (#29944)
                                                   WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                   2100 Pennsylvania Ave. NW
                                                   Washington, D.C. 20006
                                                   Tel: (202) 663-6249
                                                   Fax: (202) 663-6363

        kevin.lamb@wilmerhale.com

        John C. Cerreta (ct28919)
        Andraya Pulaski Brunau (ct29715)
        DAY PITNEY LLP
        225 Asylum Street
        Hartford, CT 06103-1212
        Tel: 860-275-0100
        Fax: 860-275-0343
        jcerreta@daypitney.com
        abrunau@daypitney.com

        *Attorneys for Plaintiffs*

Dated:  December 19, 2025        By: */s/ Christina N. Goodrich*
        Lindsay Sampson Bishop (ct29990)
        **K&L GATES LLP**
        1 Congress Street, Suite 2900
        Boston, MA 02114
        Telephone: 617-261-3100
        Fax: 617-261-3175
        Email: lindsay.bishop@klgates.com

        Christina N. Goodrich (*pro hac vice*)
        **K&L GATES LLP**
        10100 Santa Monica Boulevard, 8th Floor
        Los Angeles, CA 90067
        Telephone: 310-552-5000
        Fax: 310-552-5001
        Email: christina.goodrich@klgates.com

        *Attorneys for Defendants Pacific Market International, LLC and PMI WW Brands LLC*

SO ORDERED this _____ day of December, 2025.

_____
SARAH F. RUSSELL
United States District Judge

Case 3:25-cv-00243-SFR   Document 58   Filed 12/19/25   Page 5 of 5

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent electronically to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                         */s/ Christina N. Goodrich*
                         Christina N. Goodrich