## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., STANLEY LOGISTICS, LLC, and BLACK & DECKER (U.S.) INC., | |
| Plaintiffs, | Civil Action No. 3:25-cv-00243-SFR |
| v. | |
| PACIFIC MARKET INTERNATIONAL, LLC and PMI WW BRANDS LLC, | |
| Defendants. | December 23, 2025 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Stanley Black & Decker, Inc., Stanley Logistics, LLC, and Black & Decker (U.S.) Inc. ("Plaintiffs") and Defendants Pacific Market International, LLC and PMI WW Brands LLC ("Defendants") hereby stipulate, through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of the above captioned action with prejudice. Each party will bear its own costs and fees. The parties waive all rights of appeal.

*[Remainder of page intentionally left blank]*

Respectfully submitted,

/s/ Louis W. Tompros
Louis W. Tompros (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6886
Fax: (617) 526-5000
louis.tompros@wilmerhale.com

Omar A. Khan (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
Tel: (212) 937-7252
Fax: (212) 230-8888
omar.khan@wilmerhale.com

Kevin Lamb (#29944)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
kevin.lamb@wilmerhale.com

John C. Cerreta (ct28919)
Andraya Pulaski Brunau (ct29715)
DAY PITNEY LLP
225 Asylum St.
Hartford, CT 06103
Tel: (860) 275-0100
Fax: (860) 275-0343
jcerreta@daypitney.com
abrunau@daypitney.com

*Attorneys for Plaintiffs Stanley Black &*
*Decker, Inc., Stanley Logistics, LLC, and*
*Black & Decker (U.S.) Inc.*

/s/ Christina N. Goodrich
Christina N. Goodrich (*pro hac vice*)
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Tel: (310) 552-5000
Fax: (310) 552-5001
christina.goodrich@klgates.com

Lindsay Sampson Bishop (ct29990)
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
Fax: (617) 261-3175
lindsay.bishop@klgates.com

*Attorneys for Defendants Pacific Market*
*International, LLC, and PMI WW Brands, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent electronically to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>*/s/ Andraya Pulaski Brunau*</u>
Andraya P. Brunau